**UNITED STATES of America,**
**Appellee,**

v.

**James SABATINO, Defendant–**
**Appellant.**

**No. 03–1752.**

United States Court of Appeals,
Second Circuit.

Oct. 5, 2005.

Robin C. Smith, New York, New York,
for Defendant–Appellant.

Stephen J. Ritchin, Assistant United
States Attorney (Celeste L. Koeleveld, As-
sistant United States Attorney, on the
brief), for David N. Kelley, United States
Attorney for the Southern District of New
York, New York, for Appellee.

PRESENT: HONORABLE GUIDO
CALABRESI, HONORABLE B.D.
PARKER, and HONORABLE REENA
RAGGI, Circuit Judges.

### SUMMARY ORDER

By summary order filed December 9,
2004, this court affirmed Defendant–Ap-
pellant James Sabatino's judgment of con-
viction for mail and wire fraud, *see* 18
U.S.C. § 1341, and identity theft, *see* 18
U.S.C. § 1028, entered pursuant to a
guilty plea. The mandate was held pend-
ing the Supreme Court's decision in *Unit-
ed States v. Booker*, 543 U.S. 220, 125 S.Ct.
738, 160 L.Ed.2d 621 (2005). After that
case was decided, Sabatino, who is pres-
ently serving concurrent terms of incarcer-
ation of 60 months for mail and wire fraud
and 137 months for identity theft, moved
to remand his case to the district court to
consider possible resentencing in light of

*Booker* and this court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005). This court granted the requested remand by order filed May 5, 2005. Thereafter, the government moved to vacate that order as inconsistent with *United States v. Morgan*, 406 F.3d 135, 137 (2d Cir.2005). Sabatino opposed the motion, advising the court that he sought to withdraw his guilty plea in light of *Booker*, or, alternatively, to be resentenced pursuant to *Crosby*. We assume the parties' familiarity with the facts and the record of prior proceedings, which we reference only as necessary to explain our decision.

Sabatino's request to withdraw his guilty plea is foreclosed by this court's recent decision in *United States v. Roque*, 421 F.3d 118 (2d Cir.2005). Further, a *Crosby* remand is foreclosed by *United States v. Morgan*, 406 F.3d at 137, and *United States v. Haynes*, 412 F.3d 37, 38 (2d Cir.2005) *(per curiam)*. *See also United States v. Roque*, 421 F.3d at 124.

Accordingly, we hereby reiterate our December 9, 2004 decision holding that the district court's November 17, 2003 judgment of conviction is AFFIRMED. We WITHDRAW and VACATE our remand order of May 5, 2005 and direct the mandate to issue in this case.